UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 21-6187-MWF (SKx)          **Date:** May 8, 2023

**Title:** Ronald D. Traer v. Domino's Pizza LLC et al

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**    ORDER TO SHOW CAUSE RE: RECONSIDERATION OF CLRA TRANSACTION HOLDING

On May 8, 2023, the Court held a hearing on Defendants' Motion to Dismiss the Third Amended Complaint (the "MTD TAC"). At the hearing, the Court informed counsel of its tentative inclination to reconsider the CLRA Transaction Holding in the Order Dismissing the Second Amended Complaint (the "Prior Order") and suggested that it would allow Plaintiff leave to further amend the TAC to plead a CLRA claim against both the Domino's Subsidiary Defendants and JP Pizza. As discussed, the Court now allows the parties to submit supplemental briefing on the issue.

The Domino's Subsidiary Defendants are ORDERED TO SHOW CAUSE, in writing, by no later than **May 22, 2023**, why this Court should not reconsider its Prior Order re: CLRA Transaction Holding, based both on (1) the reconsideration circumstances set forth in *United States v. Alexander*, 106 F.3d 874, 876 (9th Cir. 1997) and Local Rule 7-18; and (2) on the merits, in light of the authorities identified by the Court in the Tentative Order on the MTD TAC (circulated to the parties prior to the hearing). In other words, Domino's may address both reconsideration and the merits as separate issues.

Plaintiff may file an optional Reply to Domino's Response to the OSC by no later than **June 5, 2023**. Each brief shall be no longer than **5 pages**. All other issues discussed at the hearing remain under submission.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 21-6187-MWF (SKx)            **Date:** May 8, 2023
Title: Ronald D. Traer v. Domino's Pizza LLC et al

IT IS SO ORDERED.