**RIGHETTI GLUGOSKI, P.C.**
John Glugoski, Esq. (SBN: 191551)
2001 Union Street, Suite 400
San Francisco, CA 94123
Telephone: (415) 983-0900
E-Mail: jglugoski@righettilaw.com

**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan (State Bar No. 208436)
2901 W. Coast Hwy., Suite 200
Newport Beach, California 92663
Telephone; (949)270-2798
Facsimile: (949)209-0303
E-Mail: rnathan@nathanlawpractice.com

Attorneys for Plaintiff, RONALD TRAER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TRAER, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>JP PIZZA, INC.; DOMINO'S PIZZA FRANCHISING LLC; DOMINO'S NATIONAL ADVERTISING FUND, INC.<br><br>Defendants | Case No. 2:21-CV-06187 MWF-SK<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

| | |
|---|---|
| 1 | TO THE COURT, ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF |
| 2 | RECORD HEREIN: |

Plaintiff, RONALD TRAER ("Plaintiff") hereby submits this Notice of Settlement.

**A. <u>SETTLEMENT</u>**

The Parties have reached a settlement in this action, which fully resolves the matter. The Parties have executed a Settlement, Release and Confidentiality Agreement ("Settlement Agreement"). Upon satisfaction of the terms of the Settlement Agreement, Plaintiff will file the Stipulation for Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within in forty-five (45) days of the date of this filing.

Dated: April 26, 2024                    **NATHAN & ASSOCIATES, APC**

By: <u>/s/ Reuben D. Nathan</u>
Reuben D. Nathan
Attorneys for Plaintiff,
RONALD TRAER

---

**NOTICE OF SETTLEMENT**
1